IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>GARY W. HARTLEY,<br><br>              Defendant. | 4:15-CV-3109<br><br>ORDER |

This matter is before the Court on the plaintiff's Application for Writ of Continuing Garnishment (filing 4). The Court will grant the application and order the Clerk of the Court to issue a writ.

IT IS ORDERED:

1. The Clerk of the Court shall issue a writ of continuing garnishment against Heritage Insurance, c/o Sam Moyer, President, 1101 12th Street, Aurora, Nebraska 68818.

2. The plaintiff will prepare and submit to the Clerk of the Court the writ of continuing garnishment and the Clerk's notice of post-judgment garnishment.

3. The plaintiff will electronically file the notice of garnishment and instructions to debtor.

Dated this 8th day of September, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge